WHISENANT, administrator, *v.* SAPPINGTON.

COBB, J. There was no error in excluding the evidence which was objected to. The evidence demanded a finding for the plaintiff, and there was no error in directing a verdict in his favor.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Argued February 17,—Decided March 13, 1902.

Complaint for land. Before Judge Lumpkin. Fulton superior court. June 28, 1901.

*C. J. Haden,* for plaintiff in error. *A. H. Cox,* contra.